# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2007

132553

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 132553
                                      COA: 272645

REGINALD VAN PAIGE,
     Defendant-Appellant.
                                      Genesee CC: 06-018459-FC

_____/

      On order of the Court, the application for leave to appeal the October 20, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals and we REINSTATE the July 26, 2006 order of the Genesee Circuit Court, remanding the case to the 68th District Court for a second preliminary examination. Under the unique circumstances of this case, the circuit court did not abuse its discretion when it ordered the remand.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2007

p0403

_____
Clerk